IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JEFFREY PRICE, | ) | Civil No. C09-5163 JRC |
| | ) | |
| Plaintiff, | ) | ORDER FOR EXTENSION |
| v. | ) | OF TIME |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Plaintiff shall have an extension to and including July 30, 2009, to file Plaintiff's Opening Brief. It is further ORDERED that Defendant shall have to and including August 27, 2009, to file Defendant's Responsive Brief. It is further ORDERED that Plaintiff shall have to and including September 10, 2009, to file Plaintiff's Reply Brief. Any request for oral argument shall be made by September 17, 2009.

DATED this 9th day of July 2009.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER [C09-5163 JRC]

-1