# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY PRICE<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:09-CV-5163-JRC<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including September 28, 2009, to file Defendant's responsive brief;
- Plaintiff shall have up to and including October 13, 2009, to file an optional reply brief; and
- Request for oral argument shall be made on or before October 20, 2009.

DATED this 2nd day of September, 2009.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:09-CV-5163-JRC]