UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY L. PRICE,

        Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

CASE NO. C09-5163JRC

ORDER GRANTING MOTION FOR ATTORNEY'S FEES AND EXPENSES

      This matter comes before the court on a stipulated motion for attorney's fees and other expenses under the Equal Access to Justice Act (Doc. 22).

      Having reviewed the motion and the record, the court finds the motion is properly supported. It is hereby ordered that motion is GRANTED. Attorney fees in the amount of $3,468.00, expenses in the amount of $56.38, for a total of $3,524.38, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that costs in the amount of $365.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. The check(s)

shall be mailed to Plaintiff's attorney's office: Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632.

Dated this 28th day of December, 2009.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge